**SO ORDERED.**

Dated: August 23, 2010



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>COPPER ROCK, LLC,<br><br>Debtor.<br><br>CANICO CAPITAL GROUP, LLC<br><br>Movant,<br><br>vs.<br><br>COPPER ROCK, LLC,<br><br>Respondent. | Case No. 2:09-bk-20657-RTB<br><br>Chapter 11 Proceedings<br><br><br>**ORDER** |

These matters having come before the Court pursuant to Debtor's Motion to Amend Order Terminating Automatic Stay Filed By Debtor (the "Motion to Amend"), Debtor's Motion to Dismiss Case (the "Motion to Dismiss"), and Canico Capital Group, LLC's Motion For Turnover of Cash Collateral (the "Motion for Turnover"). The motions having been properly served, noticed, and good cause appearing;

**IT IS HEREBY ORDERED** granting the Motion to Amend in part by requiring the deletion of the first sentence in the "Findings" section. No finding was made by this court concerning the balance due on the Notes held by Canico other than that the

438971

Property, as defined in the Order, was without equity. An has been prepared and when signed will be effective as of the date of the original Order Granting Motion For Relief From Automatic Stay.

**IT IS FURTHER ORDERED** Denying the Motion to Dismiss without prejudice.

**IT IS FURTHER ORDERED** Granting the Motion for Turnover. Debtor shall immediately account for and turnover the cash collateral pursuant to 11 U.S.C. §§ 105, 363, and 552(a) and (b).

**DATED AND SIGNED ABOVE.**

438971

ORDER