# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---:|:---|
| **Debtor:** | COPPER ROCK, LLC |
| **Case Number:** | 2:09-bk-20657-RTB    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 08, 2010 10:00 AM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | LORRAINE DAVIS |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS |

## Matter:

EXPEDITED HEARING ON DEBTOR'S MOTION TO ALTER OR AMEND ORDER TERMINATING STAY

R / M #:   0 / 0

## Appearances:

WILLIAM R. RICHARDSON, ATTORNEY FOR COPPER ROCK, LLC
DARYL DORSEY, ATTY CANICO

## Proceedings:

Mr. Richardson argues his position in support of the motion to alter or amend.  He notes he was stuck in traffic and that was the reason for being late at the last hearing.  He tried calling Ms. Davis to alert her, but she was not in the office.  There are two issues at hand, one is the termination of the stay.  He not3es Canico was never assigned the UCC 1 and the order was over broad.  The second issue is the dismissal of the case and he urges his position in support of the same.

Mr. Dorsey responds in opposition to the language in the order as well as the dismissal of the case.  He would like an opportunity to notice out some 2004 exams prior to the case being dismissed.

Mr. Richardson replies.

COURT:  IT IS ORDERED denying the motion to dismiss without prejudice.  The court will grant dismissal
but a stipulated order signed by Canico must be submitted.  The court notes this is also a rehearing
on the debtor's motion to alter or amend, which was granted in part, IT IS ORDERED denying the balance of the motion.  Counsel may lodge an order.